No. A–906. CALIFORNIA *v.* PIMENTEL. Ct. App. Cal., 4th App. Dist. Application for stay of enforcement of judgment, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–1094. IN RE DISBARMENT OF FEIGE. Disbarment entered. [For earlier order herein, see 503 U. S. 932.]

No. D–1374. IN RE DISBARMENT OF HEITMANN. Disbarment entered. [For earlier order herein, see *ante,* p. 1002.]

No. D–1377. IN RE DISBARMENT OF SPENCE. Disbarment entered. [For earlier order herein, see *ante,* p. 1015.]

No. D–1378. IN RE DISBARMENT OF WADE. Disbarment entered. [For earlier order herein, see *ante,* p. 1015.]

No. D–1387. IN RE DISBARMENT OF CHAPMAN. Disbarment entered. [For earlier order herein, see *ante,* p. 1028.]

No. D–1397. IN RE DISBARMENT OF CLOUTIER. It is ordered that Edward H. Cloutier, of Livermore Falls, Me., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–1353. UNITED STATES *v.* SIMPSON ET AL. C. A. 9th Cir. Motions of respondents Molina and Simpson for leave to proceed *in forma pauperis* granted.

No. 93–7927. KYLES *v.* WHITLEY, WARDEN. C. A. 5th Cir. [Certiorari granted, *ante,* p. 1051.] Motion for appointment of counsel granted, and it is ordered that George W. Healy III, Esq., of New Orleans, La., be appointed to serve as counsel for petitioner in this case.

No. 93–8621. MCDONALD *v.* NEW MEXICO ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 21, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.